IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY DANIELS, as Special Administratrix of the Estate of JOSHUA MADISON, SR., Deceased, and SHANDA ROGERS,** )<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| ) | **Case No. 13-cv-01682** |
| v. ) | **Case No. 11 L 4701** |
| ) | **Judge Ellis** |
| **CHICAGO POLICE OFFICER ROBERT CAMPBELL, Star No. 13194, and THE CITY OF CHICAGO,** )<br>)<br>)<br>) | |
| **Defendants.** )<br>) | |
| ) | **Jury Trial Demanded.** |
| ) | |

**MOTION FOR SUBSTITUTION OF DEFENDANT ROBERT CAMPBELL
AND FOR CONTINUANCE OF ACTION**

NOW COME Plaintiffs, Mary Daniels, as Special Administratrix of the Estate of Joshua Madison, Sr., Deceased, and Shanda Rogers, by and through their attorneys, Kathleen T. Zellner & Associates, and hereby move this Court for an order substituting John Doe, on behalf of the Estate of Robert Campbell, the above-named defendant, now deceased, and providing for the continuance of the action. In support of the motion plaintiff states as follows:

1. Plaintiffs timely brought suit against Officer Robert Campbell, star no. 13194 ("Defendant Campbell"), one of the defendants of record, for constitutional and state law violations pursuant to § 1983 and Illinois law.

2. On July 8, 2014, Defendant Campbell died. Plaintiff is unaware of any executor's being appointed, estate being admitted to probate, or testamentary letters being issued.

3.      Therefore, once counsel for Defendants duly suggest the death of Defendant Campbell on the record pursuant to Federal Rule of Civil Procedure 25, Plaintiff seeks substitution of John Doe, the to-be-named Administrator of the Estate of Defendant Campbell, for Defendant Campbell.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order substituting John Doe on behalf of the Estate of Officer Robert Campbell, now deceased, for Officer Robert Campbell.

Respectfully submitted,

/s/ Kathleen T. Zellner
Kathleen T. Zellner, #618457
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Email: kathleen.zellner@gmail.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on **July 24, 2014**, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send electronic notification of the filing on the same day to all attorneys of record:

**Counsel for Defendant Officer Campbell:**
Tiffany Yvette Harris
City of Chicago – Department of Law
Senior Corporation Counsel
30 N. LaSalle, Suite 900
Chicago, Illinois 60602
Email: tiffany.harris@cityofchicago.org

Daniel B. Nixa
City of Chicago – Department of Law
Assistant Corporation Counsel
30 N. LaSalle, Suite 900
Chicago, Illinois 60602
Email: daniel.nixa@cityofchicago.org

Robin Shoffner
City of Chicago – Department of Law
Assistant Corporation Counsel
30 N. LaSalle, Suite 900
Chicago, Illinois 60602
Email: robbin.shoffner@cityofchicago.org

Thomas J. Platt
City of Chicago – Department of Law
Assistant Corporation Counsel
30 N. LaSalle, Suite 900
Chicago, Illinois 60602
Phone: (312) 744-4833
Fax: (312) 744-6566
Email: tplatt@cityofchicago.org


**Counsel for Defendant City of Chicago:**
George J. Yamin, Jr.
City of Chicago – Department of Law
Senior Corporation Counsel
30 N. LaSalle, Suite 900
Chicago, Illinois  60602
Email:  gyamin@cityofchicago.org

Lindsey M. Vanorny
City of Chicago – Department of Law

Assistant Corporation Counsel
30 N. LaSalle, Suite 900
Chicago, Illinois  60602
Email:  Lindsey.vanorny@cityofchicago.org


                                          /s/Kathleen T. Zellner
                                          Attorney for Plaintiff
                                          KATHLEEN T. ZELLNER
                                           & ASSOCIATES, P.C.
                                          1901 Butterfield Road, Suite 650
                                          Downers Grove, Illinois  60515
                                          kathleen.zellner@gmail.com
                                          (630) 955-1212